# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RENARDO ROBERTSON, et al., | CASE NO. C19-1618 RSM |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CATHOLIC COMMUNITY SERVICES OF WESTERN WASHINGTON, | |
| Defendant. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: Plaintiff filed, on August 16, 2020, a letter addressed to opposing counsel and an attachment. Dkts. #50 and #50-1. While the letter appears related to this matter, Plaintiff does not address the letter to the Court and does not seek any relief from the Court. The Court accordingly disregards the filing. The Court reminds Plaintiff that he is to familiarize himself with the Federal Rules of Civil Procedure and this Court's local rules.

DATED this __24_ day of August, 2020.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
      Deputy Clerk

MINUTE ORDER – 1